**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1772**

CLARENCE B. JENKINS, JR.,

Plaintiff - Appellant,

v.

UNITED STATES,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Terry L. Wooten, Senior District Judge. (3:17-cv-01775-TLW)

Submitted: September 26, 2019               Decided: September 30, 2019

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clarence B. Jenkins, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence B. Jenkins, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying the United States' motion to dismiss Jenkins' complaint pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680 (2012). Jenkins also appeals the court's order accepting the recommendation of the magistrate judge, granting the United States' motion for summary judgment, and denying Jenkins' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jenkins v. United States*, No. 3:17-cv-01775-TLW (D.S.C. Apr. 9, 2018; filed Jan. 31, 2019 & entered Feb. 1, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*